UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORAN HAYS, individually and as the Administrator of the Estate of MARY ANN HAYS, deceased; DONNA CLEM,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS INSURANCE COMPANY, INC., a foreign for profit insurance corporation,<br><br>Defendant. | Case No. CIV-15-717-M |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties to the above-entitled action, and jointly stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a). Each Party shall bear their own costs associated with this action.

s/ *signature*
Michael D. McGrew, OBA # 13167
Matthew M. McGrew, OBA # 32065
Robin D. McGrew, OBA # 16015
Attorney for Plaintiff
MCGREW, MCGREW & ASSOCIATES, P.C.
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929
E-mail: mcgrewslaw@yahoo.com
Attorneys for Plaintiffs

-and-

s/ *Thomas Cordell*
F. Thomas Cordell, OBA #1912
Amanda R. Mullins, OBA #30186
A.J. Reding, OBA #32490
FRAILEY, CHAFFIN, CORDELL, PERRYMAN & STERKEL LLP
**Attorneys for Defendant, Farmers Insurance Company, Inc.**
201 North 4th Street
P.O. Box 533
Chickasha, OK 73023
Telephone:  (405) 224-0237
Facsimile:  (405) 222-2319
Email:      tcordell@fccpsm.com
            amullins@fccpsm.com
            ajreding@fccpsm.com